

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

June 30, 2025

2025-1641 - Amgen Inc. v. Colorado Pres. Drug Affordability Review Board

# NOTICE OF NON-COMPLIANCE

The document (Amicus Brief) submitted by Chamber of Commerce of the United States of America and Pharmaceutical Research and Manufacturers of America is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The document contains no caption or the caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a) (documents submitted with a cover).

- Counsel John V. Hooper has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's [Electronic Filing Procedures](#) ("Attorney Registration") for registration information.

- Counsel John V. Hooper listed on the Entry of Appearance is not admitted to the court's bar. Fed. Cir. R. 47.3(a).

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The individual who signed the document has not filed an entry of appearance or attached an affidavit or declaration of signature authority. Fed. Cir. R. 32(g)(1)-(2).

- The Certificate of Interest (COI) included in the document does not match the information on the COI entered on the docket. If that information differs from

the previously filed COI, please refile this document <u>*and file an amended COI as a separate docket entry*</u>. Fed. Cir. R. 47.4(c).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk